**207** COLLAR vs. CIRCUIT JUDGE (Ingham), No. 15652½.

To vacate an order dismissing appeal from a judgment rendered by a justice of the peace, where the costs and entry fee were not paid within the five days.

Order to show cause denied June 10, 1896.

**208** LOWRY vs. CIRCUIT JUDGE (Lenawee), No. 14446.

To vacate an order dismissing an appeal taken by plaintiff (relator), from a judgment rendered by a justice of the peace in favor of plaintiff for $308 damages and $2.60 costs.

Granted October 30, 1894, with costs against plaintiff and appellee.

Immediately upon the rendition of the judgment defendant paid the amount of both damages and costs to the justice and it was insisted for respondent that appellant had not paid the costs. Relator insisted that under How. Stat. Sec. 7019, the appeal should not have been dismissed because appellant and the justice were the only persons interested, by virtue of the judgment appealed from, in the question of costs.

See Swarthout vs. Circuit Judge, 99 M., 347.    No. 205.

**209** SCRANTON LUMBER COMPANY vs. CIRCUIT JUDGE (Wayne), No. 16016; 3 D. L. N., 799; 70 N. W., 145.

To vacate an order granting an appeal from a justice.

Granted February 18, 1897, with costs against defendant.

Held, that "under subdivision 3 of Sec. 10 of Act 460, Local Acts of 1895, providing for appeals from Justice Courts, parties making application for an appeal must give notice to the opposite party by serving upon him, his attorney or agent, the petition and grounds of the motion and the affidavit upon which the same is based; such opposite party shall have an opportunity to be heard before the Circuit Court before such appeal is allowed.

"The length of time to be contained in the notice is governed by the Circuit Court rules pertaining to special motions."